**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-11-00610-CR**
**NO. 09-11-00611-CR**
_____

**ACE ALLEN KRETZER JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 1st District Court**
**Newton County, Texas**
**Trial Cause Nos. ND 6577 and ND 6578**

**ORDER**

On February 15, 2013, appellant's appointed counsel filed a motion to withdraw and a brief which urges this Court to review these appeals pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). *See In re Schulman*, 252 S.W.3d 403, 408-09 (Tex. Crim. App. 2008). Counsel certified service of the motion to withdraw and the brief on the appellant. Counsel states he provided appellant with a copy of the clerk's records and the reporter's records,

1

notified appellant of his right to review the records and file a *pro se* brief, and advised appellant of his right to seek discretionary review.

It is, therefore, ORDERED that appellant, Ace Allen Kretzer Jr., be given 60 days from the date hereof to file a *pro se* brief. It is, further, ORDERED that the State may file a reply brief, due 30 days from the date appellant files his brief, or if no brief is filed by appellant, 70 days from the date hereof.

ORDER ENTERED February 28, 2013.

PER CURIAM

Before McKeithen, C.J., Gaultney and Horton, JJ.

2